# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

SUE BERGER, INDIVIDUALLY AND
ON BEHALF OF AIDEN BERGER
AND REILLY BERGER, AND JENNA
BERGER

VERSUS

ABC CENTER, LLC D/B/A DEF
CENTER AND/OR JOHN DOE, JR.,
AND/OR JOHN DOE, JR. (A
PROFESSIONAL CORPORATION),
AND/OR XYZ ASSOCIATES, AND
JANE DOE

NO.  2020 CW 0498

**JULY 20, 2020**

---

In Re:     Lloyd J. Gueringer, Jr., M.D. and Lloyd J. Gueringer,
           Jr., M.D. (A Professional Medical Corporation),
           applying for supervisory writs, 22nd Judicial District
           Court, Parish of St. Tammany, No. 2018-15135.

---

**BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

   **WRIT DENIED.**

                        PMc
                        JEW
                        GH

COURT OF APPEAL, FIRST CIRCUIT

_____
   DEPUTY CLERK OF COURT
        FOR THE COURT